UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS FRANKLIN MULLINS,

    Plaintiff,

v.

    Case No. 1:21-cv-821

    Hon. Hala Y. Jarbou

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER

On January 14, 2022, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Defendants' motion to dismiss (ECF No. 11) be granted, and the case dismissed. (ECF No. 20.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on January 28, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for a temporary restraining order is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal of this matter would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:   January 31, 2022                             /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     UNITED STATES DISTRICT JUDGE